AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Timothy David Kennedy also known as "Tim Tim" | ) ) ) ) | 2:23-mj-00151 |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 01, 2023__ in the county of __Mingo__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924 (a)(1)(A) | False statement to a Federal Firearms Licensee (FFL) |

This criminal complaint is based on these facts:

On June 01, 2023, Timothy Kennedy purchased an Armscor of the Phillippines, model STK100, 9mm caliber pistol from FFL Hamilton's Gun & Pawn in Mingo County, WV. KENNEDY knowingly made a false statement with respect to records required by law to be kept by the FFL, that is, KENNEDY stated and represented on ATF Form 4473 that he was the actual transferee/buyer of the firearm, when in fact he was aquiring the firearm for someone else.

☐ Continued on the attached sheet.

*Complainant's signature*

Sean McNees, Special Agent ATF
*Printed name and title*

Sworn telephonically (reliable electronic means) by me.

Date: __September 11, 2023__

Omar J. Aboulhosn
United States Magistrate Judge
*Printed name and title*

City and state: __Beckley, West Virginia__